UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

- against -

SABRI, LLC d/b/a KHALIL'S PUB & GRILL, KHALIL I. MOUSSA,

    Defendants.

CASE NO.: 4:23CV111-JM

## DEFAULT JUDGMENT

Defendants are in default. Considering the pleadings on file and the evidence presented in Plaintiff's motion for default judgment, the Court awards judgment for the plaintiff against the defaulting defendants as follows: statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) in the amount of $5,000.00; additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) in the amount of $15,000.00; attorneys' fees in the amount of $2,500.00, and costs in the amount of $821.27. Post-judgment interest on the total amount awarded, $23,321.27, will bear interest at the lawful rate[1] of 5.34% per annum until paid.

IT IS SO ORDERED and ADJUDGED this 16th day of August, 2023.

Hon. James M. Moody, Jr.

---

[1] The post-judgment interest rate is the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the Judgment.